701 A.2d 1356

David H. KATZ and Daniel M. Collins, individually and as General Partners of the Phoenix Milwest Limited Partnership, and Barbara D. Katz, individually, Petitioners,

v.

ZONING HEARING BOARD OF WESTFALL TOWNSHIP, Respondent.

Supreme Court of Pennsylvania.

Nov. 7, 1997.

David H. Katz, Jill E. Fackenthal, E. Stroudsburg, for petitioner.

## *ORDER*

PER CURIAM.

AND NOW, this 7th day of November, 1997, the Petition for Allowance of Appeal is **GRANTED, BUT LIMITED** to the following issue:

Whether the two-member zoning hearing board was duly constituted to act on the Petitioners' application.